■ PEOPLE v MICHAEL PENDELTON. [599 NYS2d 972] —Upon the Court's own motion, the unpublished order of this Court entered on June 29, 1993 (Appeal No. 49528) is recalled and

vacated. Concur—Sullivan, J. P., Carro, Wallach and Nardelli, JJ.